**Opinion issued November 19, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00260-CV

_____

## IN RE PICO MEXICO SERVICIOS PETROLEROS DE RL. DE CV AND LONDON OFFSHORE CONSULTANTS, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Pico Mexico Servicios Petoleros de RL. De CV and London Offshore Consultants, Inc. have filed a petition for writ of mandamus, challenging the trial court's March 19, 2013 order granting pre-suit depositions in accordance with Texas Rule of Civil Procedure 202.4(b).

The underlying case was dismissed on September 6, 2013. On October 29, 2013, we issued a notice of intent to dismiss to the parties requesting they notify the Court within 7 days as to why the case should not be dismissed as moot. No response was received.

Accordingly, we **dismiss** the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.